| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild<br>Agent: Brian N. Soles | Telephone: (313) 226-9577<br>Telephone: (810) 887-8224 |
|---|---|---|

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.
Daniel Petrisor FLORESCU

Case No. Case: 2:24−mj−30249
Assigned To : Unassigned
Assign. Date : 7/1/2024
Description: COMP USA V. FLORESCU (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2024__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about June 25, 2024, in the Eastern District of Michigan, Southern Division, Daniel Petrisor FLORESCU, an alien from Romania was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 25, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_Complainant's signature_

Brian N. Soles, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 1, 2024

_Judge's signature_

City and state: Detroit, Michigan     Hon. Anthony P. Patti
_Printed name and title_

AFFIDAVIT

I, Brian N. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol and I have been employed in this capacity since July of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Daniel Petrisor FLORESCU, which attests to the following:

2. Daniel Petrisor FLORESCU is a forty-two-year-old male, native and citizen of Romania, who was witnessed by United States Border Patrol last entering the United States illegally at or near East China, Michigan on June 25, 2024, without being admitted, inspected or paroled by an Immigration Officer.

3. On October 2, 2015, FLORESCU was apprehended by U.S. Border Patrol Agents after entering the United States illegally near Brownsville, Texas. FLORESCU was processed as an Expedited Removal claiming credible fear.

4. On August 3, 2017, FLORESCU was ordered removed from the United States in absentia by an immigration judge in Chicago, Illinois.

5. Records show on May 25, 2018, FLORESCU departed the United States from Chicago, Illinois and returned to Romania on his own accord.

6. On June 25, 2024, FLORESCU, along with two other Romanian citizens, was arrested by Marysville Border Patrol Agents after entering the United States illegally by boat via the St. Clair River from Canada near East China, Michigan. FLORESCU and the other two Romanians were picked up from the Diamond Cove Marina by a man in a silver Dodge Ram pickup. An agent surveilling the area witnessed the event and followed the truck as it headed toward St. Clair, Michigan. The agent initiated a traffic stop near S. Riverside Ave. in St. Clair. Upon questioning, FLORESCU advised the agent that he was a citizen of Romania without immigration documents to allow him to be

1

or remain in the United States legally. FLORESCU, along with the driver and other passengers were placed under arrest and transported to the Marysville Border Patrol Station for further investigation and processing.

7. FLORESCU was advised of his Miranda rights per form I-214 and he verbally and with his signature confirmed that he understands his rights. FLORESCU agreed to speak with agents without an attorney present. During an interview with agents, FLORESCU stated that he traveled from Romania to Toronto, Ontario with the intention to find a way to enter the United States illegally to go to Detroit to live and find work.

8. Review of records from the alien file (A# xxx xxx 268) for FLORESCU and queries in U.S. Department of Homeland Security databases confirm that no record exists of FLORESCU obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his order of removal on August 3, 2017 or after departing the United States on May 25, 2018.

9. Based on the above information, there is probable cause to believe that, on or about June 25, 2024, at or near St. Clair, MI, in the Eastern District of Michigan, Southern Division, Daniel Petrisor FLORESCU, an alien from Romania was found in the United States after having been ordered removed therefrom on or about August 3, 2017, at or near Chicago, Illinois and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8 United States Code, Section 1326(a).

_____
Brian N. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

July 1, 2024